UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ISHMAEL WHITAKER,
    Plaintiff,

vs.                                        Case No.: 3:20cv5641/LAC/EMT

B. OAKS, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on October 2, 2020 (ECF No. 5).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objection has been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.    The clerk of court is directed to enter judgment accordingly and close

this case.

**DONE AND ORDERED** this 6th day of November, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**